**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Petitioner, | ) ) | |
| | ) | Case No. |
| v. | ) ) | |
| GENUINE PARTS COMPANY d/b/a NAPA AUTO PARTS, | ) ) ) | |
| Respondent. | ) ) | |
| | ) | |

**APPLICATION FOR ORDER TO SHOW CAUSE WHY U.S. EEOC
ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED**

1.     This is an action for enforcement of an administrative subpoena issued by Petitioner U.S. Equal Employment Opportunity Commission ("EEOC"), Subpoena No. DA-25-4, pursuant to Sections 709 and 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-8 & 2000e-9.

2.     Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, which is incorporated by Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3.     Petitioner EEOC is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4.      Respondent Genuine Auto Parts Co. d/b/a Napa Auto Parts ("Respondent") is an employer doing business throughout the State of Texas, including Dallas, Texas, and other locations.

5.      The attached Declaration of Norma Guzman, the Acting District Director of EEOC's Dallas District Office, provides the factual basis for this Application. *See* Exhibit 1 (Declaration of EEOC Acting District Director Norma Guzman). The Acting District Director's Declaration and all other supporting Exhibits are incorporated by reference in this Application.

6.      EEOC is presently conducting an investigation of EEOC Charge No. 450-2024-07829, a Commissioner Charge filed by EEOC Commissioner Kalpana Kotagal pursuant to Sections 706 and 707 of Title VII, 42 U.S.C. §§ 2000e-5 & 2000e-6, and the procedural regulations set forth in 29 C.F.R. § 1601.11, stating that she has reason to believe that Respondent has engaged in unlawful employment practices in its hiring process in violation of Title VII.

7.      Specifically, EEOC Charge No. 450-2024-07829 states that there is reason to believe that "since at least October 2019," Respondent has engaged in nationwide unlawful employment practices in the form of race discrimination in hiring and recruitment in violation of Title VII. *See* Ex. 1 at ¶ 4a; Exhibit 2 (Commissioner Charge of Discrimination).

8.      On July 30, 2025, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), EEOC issued to Respondent Subpoena No. DA-25-4, which was duly served on Respondent on July 31, 2025 via certified mail and via EEOC's web portal.

*See* Ex. 1 at ¶ 4j; Exhibit 6 (EEOC Subpoena No. DA-25-4). Subpoena No. DA-25-4 requires Respondent to produce information relevant to EEOC's investigation of Charge No. 450-2024-07829.

9.      On August 7, 2025, Respondent filed with EEOC a Petition to Revoke or Modify Subpoena. *See* Ex. 1 at ¶ 5.

10.     On September 30, 2025, the Commission issued a Determination denying Respondent's Petition to Revoke or Modify Subpoena. *See* Ex. 1 at ¶ 7.

11.     As of the date of the filing of this Application, Respondent has refused to comply with the portions of Subpoena No. DA-25-4 that are the subject matter of this Application, *see* Ex. 1 at ¶ 8, which are identified and discussed in the attached Memorandum in Support of this Application.

12.     Respondent's failure to comply with Subpoena No. DA-25-4 has delayed and hampered EEOC's investigation.

WHEREFORE, EEOC requests the following relief:

a.      That the Court issue an Order directing Respondent to appear before this Court and to show cause why an Order should not issue directing Respondent to comply with Subpoena No. DA-25-4;

b.      That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the Subpoena; and

c.      That EEOC be granted its costs and such further relief as may be necessary and appropriate.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

CATHERINE L. ESCHBACH
Acting General Counsel


CHRISTOHER LAGE
Deputy General Counsel


GWENDOLYN YOUNG REAMS
Associate General Counsel


  /s/ Ronald Phillips
RONALD L. PHILLIPS
Acting Regional Attorney


  /s/ Ann Henry
ANN HENRY
Acting Supervisory Trial Attorney


/s/ Alexa Lang
ALEXA LANG
Senior Trial Attorney
Texas State Bar No. 24105356
Email: alexa.lang@eeoc.gov

BROOKE LÓPEZ
Senior Trial Attorney
Texas State Bar No. 24074764
Email: brooke.lopez@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Dallas District Office
217 S. Houston St., 3rd floor
Dallas, Texas 75201
Telephone: 972-918-3648
Facsimile: 214-253-2749