**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } |
| Petitioner, | } CIVIL ACTION NO. } 3:26-MC-009-N-BW |
| v. | } } |
| GENUINE PARTS COMPANY d/b/a, NAPA AUTO PARTS, | } } } |
| Respondent. | } } |

## PLAINTIFF EEOC'S NOTICE OF APPEARANCE

Plaintiff Equal Employment Opportunity Commission ("EEOC") files this Notice of Appearance for Brooke López. Ms. López is an attorney licensed to practice in the state of Texas and admitted to practice in the Northern District of Texas. Ms. López will serve as co-counsel with Alexa Lang for EEOC.

Respectfully submitted,

/s/ Brooke E. López
BROOKE E. LÓPEZ
SENIOR TRIAL ATTORNEY
TEXAS STATE BAR NO. 24125141

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT OFFICE
207 HOUSTON, 3RD FLOOR
DALLAS, TEXAS 75202
(TEL) (972) 918-3597
(FAX) (214) 253-2749

1