IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Petitioner, | §<br>§<br>§<br>§<br>§ | |
| v. | § | No. 3:26-MC-009-N-BW |
| GENUINE PARTS COMPANY d/b/a NAPA Auto Parts, Respondent. | §<br>§<br>§<br>§ | Referred to U.S. Magistrate Judge[1] |

## ORDER

On February 5, 2026, the Equal Employment Opportunity Commission ("EEOC") filed its Application for Order to Show Cause Why U.S. EEOC Administrative Subpoena Should Not Be Enforced, along with a brief and supporting documents. (Dkt. No. 1.) On March 16, Respondent Genuine Parts Company filed its Response and Objections to Plaintiff's Application with supporting documents. (Dkt. No. 15.) The EEOC filed a reply on April 6, 2026. (Dkt. No. 17.)

The parties do not comply with court rules concerning the presentation and citation of materials used in support of or opposition to a motion. "A party who relies on materials . . . to support or oppose a motion must include the materials in an appendix," N.D. Tex. L. Civ. R. 7.1(i)(1), which is a self-contained document that is separate from the motion, response, reply, and brief, N.D. Tex. L. Civ. R.

---

[1] On February 6, 2026, Senior United States District Judge David C. Godbey referred this case to the undersigned magistrate judge for disposition pursuant to 28 U.S.C. § 636(b). (Dkt. No. 2.)

-1-

7.1(i)(2). The pages in the appendix must be sequentially numbered, N.D. Tex. L. Civ. R. 7.1(i)(4), and a party cites these supporting materials in its brief using the assigned page numbers, N.D. Tex. L. Civ. R. 7.2(e). Compliance with these rules assists the Court by obviating the need to "devote unnecessary time to locating . . . materials in the record" and "enable[s] the court to decide motions more efficiently[.]" *Anderson v. Octapharma Plasma, Inc.*, No. 3:19-CV-2311-D, 2020 WL 7245075, at *2 n.6 (N.D. Tex. Dec. 9, 2020).

The parties are **ORDERED** to file corrected materials that comply with court rules. The EEOC must file its corrected application, brief, and appendix no later than **April 10, 2026**. Genuine Parts Company must file its corrected response and appendix within **four business days** after the EEOC files its corrected materials. If the EEOC's reply requires the correction of any citations to the supporting materials, it must file the corrected reply within **three business days** after Genuine Parts Company files its corrected materials. This order does not authorize a party to make any substantive changes to the filed materials.

**SO ORDERED** on April 7, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

-2-